AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOEL VEGA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05M-1065-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 29, 2004 in ESSEX county, in the District of MASSACHUSETTS defendant(s) did, (Track Statutory Language of Offense)

FLEE THE COMMONWEALTH OF MASSACHUSETTS AND TRAVEL IN INTERSTATE COMMERCE TO AVOID PROSECUTION FOR THE CRIME OF FILING FALSE MOTOR VEHICLE INSURANCE CLAIMS, A FELONY UNDER THE LAWS OF MASSACHUSETTS

in violation of Title 18 United States Code, Section(s) 1073

I further state that I am a(n) DEPUTY U. S. MARSHALL and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
Stephen M. McKearney
Deputy U. S. Marshall

Sworn to before me and subscribed in my presence,

03-08-2005                    at              BOSTON, MA
Date                                          City and State

JUDITH G. DEIN
U. S. MAGISTRATE JUDGE
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

AFFIDAVIT OF STEPHEN M. MCKEARNEY

I, Stephen M. McKearney being duly sworn, do depose and say:

1. I am a Deputy United States Marshal with the United States Marshals Service ("USMS") of the Department of Justice, and have been so employed for approximately 10½ years. I am currently assigned as a Task Force Officer for the New England High Intensity Drug Trafficking Areas (HIDTA) Fugitive Task Force. I have been assigned to the New England HIDTA Fugitive Task Force for the past 2 years. I have been assigned to the Investigations Unit for the past 3 years. I have attended criminal investigator training at the Federal Law Enforcement Training Center in Glynco, GA. I also attended the U.S. Marshals Service Basic Academy and the U.S. Marshals Service Advanced School. I have received on-going training on different areas of fugitive investigations, and during the course of my career, I have been personally involved in hundreds of fugitive investigations.

2. I submit this Affidavit in support of the issuance of a criminal complaint and arrest warrant for an individual identified as Joel VEGA (hereinafter referred to as "VEGA") for unlawful flight to avoid prosecution, in violation of Title 18, United States Code, Section 1073.

3. VEGA is described as a Hispanic male. His date of birth is March 14, 1978. He is believed to use Social Security number 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. He is approximately five feet, eight inches

tall and weighs approximately 160 pounds. He has black hair and brown eyes.

4. This Affidavit is based upon information about which I have personal knowledge, documentary evidence that I have reviewed, and my conversations with other law enforcement officers and agents. This Affidavit does not contain every detail of this investigation. Rather, it contains those facts that I believe are necessary and sufficient to establish probable cause for the issuance of the requested arrest warrant.

5. On July 29, 2004, VEGA was charged in Lawrence District Court, in Lawrence, Massachusetts with 8 counts of False Motor Vehicle Insurance Claim, a felony under Massachusetts General Laws Chapter 266, Section 111B. An arrest warrant for VEGA was issued on that date and was entered in the Massachusetts Warrant Management System. A copy of this warrant is attached hereto as Exhibit A.

6. The Lawrence Massachusetts Police Department's Insurance Fraud Task Force and the Essex County District Attorney's Office have requested the assistance of the U.S. Marshals Service in the location and apprehension of VEGA.

7. Based on an investigation conducted by the Lawrence, Massachusetts Police Department's Insurance Fraud Task Force, it is believed that during the year of 2003, VEGA acted as a "runner" and played a major role in an insurance fraud ring in

2

the city of Lawrence, Massachusetts. This ring caused the death of a co-conspirator on September 1, 2003, and as a result, the Lawrence Police Department formed an Insurance Fraud Task Force. The Insurance Fraud Task Force has netted over 100 arrests to date. As a runner, VEGA was paid cash by several attorneys and chiropractors for bringing in clients with phony insurance claims. These same professionals may be paying money to VEGA to keep him in hiding as VEGA would help put them in jail if caught.

8. Members of law enforcement have attempted to locate VEGA. Efforts to locate and arrest VEGA in Massachusetts have been unsuccessful. Following a diligent investigation by local, state, and federal authorities, I do not believe that VEGA is residing in Massachusetts at this time.

9. Based on information obtained from the interviews of VEGA's girlfriend, Anastacia Padilla, it is believed that VEGA is in the New York, New Jersey area with family. It is believed that VEGA has fled from the Commonwealth of Massachusetts to avoid prosecution on the charges pending against him in Lawrence District Court.

10. The District Attorney of Essex County has informed me that the office will rendite VEGA if he is apprehended in the United States. A letter from the District Attorney's Office, Essex County, so stating is attached hereto as Exhibit B.

11. Based upon all of the foregoing facts, as well as my

training and experience, there is probable cause to believe that Joel VEGA has fled from the Commonwealth of Massachusetts, that VEGA may presently be located in the state of New York, and that VEGA's flight from Massachusetts was to avoid prosecution, in violation of Title 18, United States Code, Section 1073.

Signed under the pains and penalties of perjury this ___ day of February 2005.

_____
Stephen M. McKearney
Deputy U.S. Marshal
United State Marshals Service

Sworn to and subscribed to before me this 8th day of March ~~February~~ 2005.

_____
JUDITH G. DEIN
U.S. Magistrate Judge

4

```
                Commonwealth of Massachusetts - Criminal Justice Information System
                     Trial Court of Massachusetts - Warrant Management System
                Pursuant to Massachusetts General Law ch. 276 s.23A this is a TRUE WARRANT on
                the person named herein as contained in the Warrant Management System and
                printed via Criminal Justice Information System.
                This Warrant Printed as of 08:42 on 03/07/05
-------------------------------------------------------------------------------------------
Defendant Information:
       Name: VEGA, JON                                  SSN: 583167891
       Address: 6 BELMONT STREET                         Race: U      Sex: M
                                                         Hair: BLK    Eyes: XXX
       City: LAWRENCE               MA 01841             Weight:      Height: 0'00"
                                                         Complexion:  Marks:
  Date of Birth: 03/14/1978 Place of Birth: DR  Date of Emancipation: 00/00/0000
  Father:                                       Mother:
  Known Alias:                                  Ref No: WL350615

  License No:                                   Misc No:
  License State: MA        Ooth No:             CD No: 0400000350
-------------------------------------------------------------------------------------------
Warrant Information:                                    Docket: 0418CR004683
  Issue Date: 07/29/2004   Court of Issue: 18  -  LAWRENCE DISTRICT
       Type: S - STRAIGHT                                       100645
  Date of Complaint: 07/29/2004
       Offense Date: 05/16/2003   Offense Location: LAWRENCE

  ***************************** Charges *****************************
    Count   Offense Code                    Description
      1   F    266/111B        INSURANCE CLAIM, FALSE MOTOR VEH c266 S111B
      1   F    266/111B        INSURANCE CLAIM, FALSE MOTOR VEH c266 S111B
      1   F    266/111B        INSURANCE CLAIM, FALSE MOTOR VEH c266 S111B
      1   F    266/111B        INSURANCE CLAIM, FALSE MOTOR VEH c266 S111B
      1   M    274/7           CONSPIRACY c274 S7
      1   M    274/7           CONSPIRACY c274 S7
      1   M    274/7           CONSPIRACY c274 S7
      1   M    274/7           CONSPIRACY c274 S7
      1   F    266/111B        INSURANCE CLAIM, FALSE MOTOR VEH c266 S111B
      1   F    266/111B        INSURANCE CLAIM, FALSE MOTOR VEH c266 S111B
      1   F    266/111B        INSURANCE CLAIM, FALSE MOTOR VEH c266 S111B
      1   F    266/111B        INSURANCE CLAIM, FALSE MOTOR VEH c266 S111B
      1   M    274/7           CONSPIRACY c274 S7
      1   M    274/7           CONSPIRACY c274 S7
      1   M    274/7           CONSPIRACY c274 S7

-------------------------------------------------------------------------------------------
Court Information:
Assigned for Service To: LAW - LAWRENCE PD
Warrant printed by:         441 - METHUEN SP - DRUG UNIT (HIDTA)
                                                        Fine Amount:
Officer Name:                                           Bail Amount:
Judge's Name: SANSON, ACTING, RONNIE                    None set
Return Date/Time: 00/00/0000 00:00   Recall Date/Time: 00/00/0000 00:00
-------------------------------------------------------------------------------------------

                        * * * Return of Service on Page 2 * * *
```

EXHIBIT A

```
-------------VEGA, JOEL------------            ---------W6353615---------    -------PAGE 2
         Commonwealth of Massachusetts - Criminal Justice Information System
              Trial Court of Massachusetts - Warrant Management System
Pursuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT on
the person named herein as contained in the Warrant Management System and
printed via Criminal Justice Information System.

TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:

        The court has ordered that the above warrant issue against the
        above defendant.

        Therefore you are hereby commanded to arrest the above named
        defendant and bring the defendant forthwith before this court
        to answer to the offense(s) listed above and to be dealt with
        according to law.
--------------------------------------------------------------------------------
Return of Service:  By virtue of this warrant, I certify that:

        _____ The defendant has been arrested as ordered by the court.
        _____ I am returning the warrant without service to the court.


------------------------------------------------------------ -----------------
Date of Arrest  Signature of Person   Title of Person        Department
                Making Service        Making Service         If different
```



THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE
DISTRICT ATTORNEY FOR THE ESSEX DISTRICT
SALEM          NEWBURYPORT          LAWRENCE

**JONATHAN W. BLODGETT**
District Attorney

Museum Place
Two East India Square
Salem, Massachusetts 01970

TELEPHONE
SALEM      (978)745-6610
FAX        (978)741-4971
TTY        (978)741-3163

March 1, 2005

Michael J. Sullivan
U.S. Attorney
U.S. Courthouse
Suite 9200
1 Courthouse Way
Boston MA 02210

Dear U.S. Attorney Sullivan:

    This letter is to confirm that the Essex County District Attorney's Office will extradite Joel Vega (AKA Nikko) from any jurisdiction within the continental United States.

Sincerely,

John Dawley
First Assistant District Attorney

EXHIBIT B

§JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: Lawrence    Category No. I    Investigating Agency U.S. MARSHAL

City Lawrence    Related Case Information:

County Essex    Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 05M-1065-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name JOEL VEGA    Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): 1978    SSN (last 4 #): 7891    Sex M    Race: White    Nationality: Hispanic

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA Carmen M. Ortiz    Bar Number if applicable 380390

Interpreter: ☐ Yes ☐ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:    ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    [1] Felony

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/8/05    Signature of AUSA: Carmen M. Ortiz

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    JOEL VEGA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1073 | Unlawful Flight to Avoid Prosecution | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**