UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 SEP 14 A 11: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Magistrate Judge No. 05M-1065-JGD |
| | ) | |
| JOEL VEGA | ) | |

### DISMISSAL OF COMPLAINT

The United States, by and through United States Attorney, Michael J. Sullivan, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, dismisses the Complaint filed March 8, 2005, charging Unlawful Flight To Avoid Prosecution in violation of Title 18, United States Code, Section 1073, for the reason that the defendant was arrested in New York City, New York on August 7, 2007, and for the reason that further prosecution for this federal violation is not in the interests of justice. The defendant is in the custody of the Essex County District Attorney's Office.

Respectfully submitted this 14th day of September, 2007.

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Diane C. Freniere
DIANE C. FRENIERE
Section Chief
White Collar Crime

Carmen M. Ortiz
Assistant U.S. Attorney

Leave To File Granted,
This ___ day of September, 2007

/s/ Judith Gail Dein
JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE